DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NEELAM UPPAL,

Appellant,

v.

WELLS FARGO,

Appellee.

No. 2D20-964

_____

September 15, 2021

Appeal from the Circuit Court for Pinellas County; Linda R. Allan,
Judge.

Bradley E Essman of Bradley E Essman JD, LL.M, St. Petersburg,
for Appellant.

Mary J. Walter of Liebler Gonzalez & Portuondo, Miami, for
Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.